UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:26-cv-04205-SPG-RAO | Date | October 26, 2026 |
| Title | Sanjay Sharma v. Amgen Inc. | | |

| | |
|---|---|
| Present: The Honorable | SHERILYN PEACE GARNETT<br>UNITED STATES DISTRICT JUDGE |

| | |
|---|---|
| P. Gomez | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding: (IN CHAMBERS) NOTICE OF DISMISSAL [ECF No. 26]**

Defendant Amgen Inc. filed a stipulation of dismissal, (ECF No. 26), signed by both parties, which is effective to close the case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The case is therefore closed. (JS-6). Accordingly, the Court strikes the proposed order, (ECF No. 26-1), as moot, and all pending dates are vacated and taken off calendar.

**IT IS SO ORDERED.**

______ : ______

Initials of Preparer pg